

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2017

No. 04-16-00741-CV

Galdino **MOLINA**,
Appellant

v.

David **CERVANTES**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 391399
Honorable Karen Crouch, Judge Presiding

# O R D E R

On March 2, 2017, Appellant moved this court to supplement the clerk's record with documents from a related trial court record. The motion does not certify that it was served on the trial court clerk.

To ensure any additional documents are included in the appellate record, Appellant "may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplement containing the omitted item[s]." *See* TEX. R. APP. P. 34.5(c)(1).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2017.

_____
Keith E. Hottle
Clerk of Court